IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01129-MSK-BNB

LAURA MACKINNON,

Plaintiff,

v.

SAFECO INSURANCE COMPANY OF AMERICA,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Unopposed Motion to Vacate Hearing and Notice of Settlement** [docket no. 24, filed November 28, 2012] (the "Motion").

IT IS ORDERED that the Motion is GRANTED.

IT IS ORDERED that the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed.R.Civ.P. 41(a) on or before **December 14, 2012**, or a status report addressing why dismissal has not been accomplished.

IT IS FURTHER ORDERED that the hearing set for December 10, 2012, is **VACATED**.

IT IS FURTHER ORDERED that the **Defendant's Motion for Fed.R.Civ.P. 35 Examination in Colorado, or Alternatively, Motion to Preclude Evidence, Testimony, or Argument by Plaintiff Regarding the Cause, Nature and Extent of her Alleged Physical Injuries** [21] is DENIED AS MOOT.

DATED:  November 29, 2012